AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Scott Cubbage<br>DOB xx/xx/19xx<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __between 12/17/2015 and 1/5/2016__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | knowingly travel into the District of Columbia from the State of Delaware for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 18 U.S.C. § 2246(2), with a person under 18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 |
| 18 U.S.C. § 2252(a)(2) | did knowingly receive and distribute any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Peter Kaupp, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/06/2016

*Judge's signature*

City and state: Washington, D.C.   DEBORAH A. ROBINSON, US Magistrate Judge
*Printed name and title*