**STATEMENT OF FACTS**

In December 2015, Special Agent Peter Kaupp, the undersigned affiant, was acting in an undercover capacity as part of the Federal Bureau of Investigation ("FBI") Child Exploitation Task Force. Acting as an undercover officer ("UC"), the undersigned affiant posted an online advertisement in a predicated area of the online website for classified advertisements, which, based on your affiant's experience and information gathered from other sources, is an area of the website that is frequented by individuals who have a sexual interest in children and incest. The advertisement was intended to attract individuals with a sexual interest in children through the use of adjectives such as "taboo."

On December 16, 2015, an individual, later identified as Scott Frederick Cubbage ("CUBBAGE") answered your affiant's advertisement, stating "Hey what's up I am into 'taboo,' I'm 34 white guy my KIK is L3lazin."

On December 17, 2015, your affiant contacted CUBBAGE over KIK, which is a free texting application for mobile devices. Your affiant asked CUBBAGE what he was "into," and CUBBAGE replied that he "[l]ikes forced dog incest young bi3 ways rly just about it all." Your affiant inquired if CUBBAGE likes boys or girls, and CUBBAGE replied: "Both but girls more…[ages] 5 and up." Your affiant asked CUBBAGE if he had any "pics" that CUBBAGE could send and CUBBAGE immediately dropboxed your affiant a link to a video of an unclothed pre-pubescent girl who was masturbating on a couch. The girl appeared to be approximately 12-14 years old, although CUBBAGE indicated that he believed her to be 10 years old. Note that dropbox is a file hosting service that allows users to create a special folder on their computers, which dropbox then synchronizes so that it appears to be the same folder with the same contents. Files placed in this folder are accessible via the dropbox link.

As the conversation continued, your affiant told CUBBAGE that he was divorced with a 10-year-old daughter. CUBBAGE replied, "lucky you," and then asked, "you play with her?" Your affiant replied "yes," and CUBBAGE then engaged in the following text conversation with your affiant:

CUBBAGE: Been inside
UC: My fingers and tongue. Haven't gone all the way yet
CUBBAGE: Mmmm I wanna know what young feels like just once….Can I see her or is that asking to much

In response, your affiant sent CUBBAGE an image of your affiant's purported 10-year-old daughter (note that the image was not of a real child). CUBBAGE immediately replied: "O yes she is very hot…That body is rly hot…I'd blow you to cum on her." CUBBAGE continued to discuss your affiant's purported 10-year-old daughter. He asked your affiant "[h]ow often do you have your girl…I bet she taste so good." CUBBAGE texted your affiant, "I would blow you if she was there and she could watch teach her how to suck her daddy." Your affiant told CUBBAGE that would be "cool" and "maybe we can meet up and talk before I introduce her." CUBBAGE had stated earlier in the text conversation that he lived at the "eastern shore like 20 mins from the beach," so your affiant inquired exactly how far he lived from Washington D.C.

CUBBAGE stated "maybe 2 hours" by car.  Your affiant then asked if that was too far for CUBBAGE to travel, and CUBBAGE replied the following:

> CUBBAGE: No I was hooking up with a girl over the bridge that was into it she had a ten year old girl her girl was soo cute but she ended up putting pics of her daughter on some chat website and got caught not KIK like an open chat room thing I was like dam I had it and she had to fuck it up trying to get me and another guy to share her girl she should have just kept it between us not try to find just anyone
> UC:  Damn.  That makes me nervous
> CUBBAGE: The first night I went there she made her take a shower while she was in the shower her mom blew me got me so hard then made her girl sit on my lap and tell me how she will do anything for a little sister omg I've never been so turned on like that
> UC: Holy shit
> CUBBAGE: Dude I still jerk off to that all the time lol.

Thereafter, CUBBAGE stated, "..after I found out she was in trouble I freaked out and deleted every thing but rly I shouldn't have I miss those pics.  I had like her in the tub her sleeping mommy holding her open they were so hot."

As your affiant and CUBBAGE continued to discuss your affiant's purported 10-year-old daughter, CUBBAGE asked your affiant questions, such as "What color hair does your girl have…she's still bald below," and "[m]mmm does she eat cum," and "[h]ow do you not put it in her I bet it so hard not to."  Your affiant then asked CUBBAGE to delete the picture that your affiant had sent to him of your affiant's purported 10-year-old daughter, and CUBBAGE replied, "I did no worries I like to keep shit safe no reason for loose ends you know."  CUBBAGE stated that if he got more links to child pornography videos that he would send them to your affiant.  CUBBAGE stated that he gets these videos and images "off omegle I just use the topic str or dropbox."  Note that omegle is a free online chat website that allows users to socialize with others.

The conversation continued into the weekend, and on December 20, 2015, CUBBAGE sent your affiant another dropbox link to over 50 videos that contained child pornography.  For example, one of these videos depicted a naked, pre-pubescent girl who appeared to be approximately 6 years old, performing oral sex on an adult male.  The child vomited during oral sex but the adult male then forced her to continue to perform oral sex on him.  In another video, a pre-pubescent girl was having sexual intercourse with a pre-pubescent boy while the pre-pubescent girl was also performing oral sex on an adult male.  In connection with CUBBAGE sending these videos, CUBBAGE stated: "That shit is so hot I got it and was like whoa I gotta show you this one I've jerked off all weekend to it lol."

On December 30, 2015, CUBBAGE told your affiant that he has off from work on Sunday and could take a trip to Washington D.C. to meet your affiant and your affiant's purported 10-year-old daughter.  However, your affiant told him that Sunday would not work because your affiant did not have the daughter that night.  CUBBAGE texted that your affiant should just give him a "day or two advance notice" so he could take off from work.  Your affiant then suggested the following Tuesday or Wednesday, and CUBBAGE stated that he had off from

work Tuesday night so that would work for him.  CUBBAGE commented, "I'm getting hard just thinking about her little body…I better stop lol walking around with hard on at work isint cool."  CUBBAGE confirmed "[i]t's just us 3 right like this isint gonna be a party I want this on the low."  Your affiant confirmed that it would just be the three of them, and CUBBAGE asked, "[c]an I eat her out?"  Your affiant told him yes.  Throughout the course of the continued conversation, CUBBAGE commented that he really loved "her flatness" and is "rly about faces and flat chest."

      On December 30, 2015, CUBBAGE texted the following to your affiant:

      CUBBAGE: Hey…I meant to ask you about this earlier and it slipped my mind where you see l3lazin when talking to me I see your name if that is your real name you [should] change it to something dumb…whenever I see a name that even might be legit I try and tell them to change it…your on my team gotta look out for you.
      UC: Hahaa.  I'm not great at the computer stuff.
      CUBBAGE: It's all good I just wanna keep you safe make sure you don't save shit in general I mean I wish I could but not nowadays its to easy for outsiders to get in your comp stuff if they want.

      Later during this text conversation, your affiant then sent CUBBAGE more images of your affiant's purported 10-year-old daughter (note that these images were not of a real child).  CUBBAGE became excited by the images and asked your affiant if your affiant had told her about CUBBAGE's upcoming visit.  Your affiant told CUBBAGE that he did and that his daughter was "cool with it."  CUBBAGE asked, "[d]o you wanna show her my dick?"  Your affiant said "[s]ure," and CUBBAGE texted a picture that focused on his erect penis.  In connection with this image, CUBBAGE texted, "I hope I don't cum in like two secs when she puts it in her mouth…I mean like she turns me on big time I won't but I know it's going be like leaking pre cum for her."  CUBBAGE stated, "You should deft take the lead when I'm there in not gonna wanna over step my bounds you be the one to tell me to start or make her state."

      Your affiant and CUBBAGE continued to text and on January 3, 2016, CUBBAGE confirmed that he was looking forward to traveling to Washington D.C. on Tuesday, January 5, 2016.  CUBBAGE explained that he would be riding his motorcycle and should "[b]e there around 7…8 at the latest."  CUBBAGE subsequently described his motorcycle as a "jap bike."  CUBBAGE asked what the plan was, and your affiant replied, "I'm in NW DC.  I live next to a bar, I will meet you quick and we can walk back to my place."  CUBBAGE asked for the address and wanted to know whether this could become a regular thing between them.  CUBBAGE also inquired as to whether your affiant showed the picture of CUBBAGE's erect penis to your affiant's daughter.

      Later, CUBBAGE stated that because it looked like there was forecasted cold weather for Tuesday evening, he was going to try to borrow a car from someone so that he would not be riding his motorcycle in the cold weather.  On January 4, 2016, CUBBAGE confirmed that he made arrangements to borrow a car for the trip.

On January 5, 2016, CUBBAGE texted your affiant, "I've been thinking about it all morning." CUBBAGE told your affiant that he was going to bring the movie Interstellar so that they could "watch it and….," and then asked, "Do you just have her run around [in her] panties? Or is it too cold." Thereafter, your affiant engaged in the following text conversation with CUBBAGE:

UC: How do u want to play it tonight, what r u thinkin
CUBBAGE: I mean idk I was just gonna kinda go with the flow I don't know if I should just take it out or what
UC: Ha! Yeah, she is looking forward to sucking you off and I am sooo looking forward to watching her. Gonna be epic! Lol
CUBBAGE: I'll be a lil nervous at first but once I see her body it's gonna be rdy
UC: Yeah
CUBBAGE: Do you face fuck her I mean or is her mouth small so she can't go deep. I'm getting hard lol
UC: She gags…But keeps going…Where you want to cum
CUBBAGE: I don't know
UC: I'd like to see your jiz dripping out of her mouth
CUBBAGE: I'd love to see [] cum in her mouth tho like can she ride my face while she blows you
UC: Sounds like a plan. She gets real wet, you're gonna love it
CUBBAGE: Are we gonna play then cum and play again before I go home
UC: For sure
CUBBAGE: Can I run my dick head on her clit…I wanna see her blow you to is that cool. I'd rly like you to get her started on you then I'll take mine out and you tell her to switch
UC: Cool
CUBBAGE: You don't have to bust I just wanna see how far you push it then I'll know how easy to be

On Janaury 5, 2016, at approximately 5:20 pm, CUBBAGE confirmed that he had left work, was about to take a shower, and then would be on his way to Washington D.C. At approximately 8:30pm, CUBBAGE texted that he was at the meet location and explained that he was in a redskins shirt. Shortly thereafter, your affiant observed a Caucasian male wearing a redskins shirt. The male, subsequently identified as CUBBAGE, asked your affiant if he was "Will." Your affiant had told CUBBAGE during their earlier text conversations that your affiant's name was "Will." Your affiant confirmed to CUBBAGE that he was "Will," and then your affiant engaged in brief conversation with CUBBAGE about his trip, the traffic, and what kind of car he borrowed. Your affiant asked CUBBAGE if he was nervous and CUBBAGE said no. Thereafter, the defendant was subsequently placed under arrest by members of the Child Exploitation Task Force. During processing, CUBBAGE attempted to deceive investigators by inverting the last two digits of his social security number.

The defendant subsequently waived his rights and was interviewed by FBI Agent Tanya Sturgill and Detective Timothy Palchak with the Metropolitan Police Department. The undersigned affiant spoke directly with Special Agent Sturgill and Detective Palchak about the

defendant's post arrest statements, which are described below.  The defendant stated that he traveled from Delaware to meet a person to watch a movie called Interstellar.  He confirmed that he borrowed a vehicle from his mother to travel to Washington D.C.  When Detective Palchak asked CUBBAGE about his text where CUBBAGE had stated to your affiant that he had met a woman who was taking child pornographic photographs of her daughter, CUBBAGE replied that he had just made that story up during the chat.  CUBBAGE asked if he could call his mother, and Detective Palchak informed him that he could but that this conversation would not be private.  During this phone conversation, CUBBAGE informed his mother that he was charged with interstate travel and had "messed up big time."

During a search incident to CUBBAGE's arrest, the defendant was found to be in possession of an Iphone.  In his vehicle, investigators found the movie, Interstellar.  In a backpack inside the vehicle, investigators located paper towels, assorted cables, a ski mask, and gloves.

Your affiant subsequently learned that CUBBAGE has a Suzuki motorcycle registered in his name.  CUBBAGE had also told your affiant that his first name was Scott.  Scott Cubbage's date of birth is 11/XX/1981, which makes him 34 years old.  As indicated above, CUBBAGE told your affiant that he was 34.  Your affiant also subsequently learned that CUBBAGE is a registered sex offender.  CUBBAGE has a conviction from 2002 for unlawful sexual contact with a 13 year old female.

An administrative subpoena to KIK for username L3lazin provided law enforcement with an email address of isurlocal@yahoo.com and IP login 108.16.146.175.  This IP login was regularly used to access the target KIK account and came back to Bryan's Bowling Center, located at 1103 S Central Avenue, Laurel, Delaware 19956.  CUBBAGE's home address is located in Laurel, Delaware, and your affiant confirmed that he works part-time at Bryan's Bowling Center.

Subscribed and sworn to before me this _____ day of January, 2016.

_____   _____
SPECIAL AGENT PETER KAUPP                UNITED STATES MAGISTRATE JUDGE
FEDERAL BUREAU OF INVESTIGATION          DEBORAH A. ROBINSON