**U.S. Department of Justice**
*United States Attorneys*

FILED

JAN 0 6 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# United States District Court
# for the District of Columbia

**UNITED STATES OF AMERICA**

v.

Case No. 16-10M

### ORDER

Upon oral motion of the ___Parties___ to exclude ___28___ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___28___ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_____
Defendant

_____
Defense Counsel

_____
Attorney for Government

_____
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY