

U.S. Department of Justice

CHANNING D. PHILLIPS
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 11, 2015 via mail

                Re:    <u>United States v. Scott Cubbage</u>
                     Mag No. 2016-MJ-10

Dear Counsel,

      This letter is to provide with initial discovery in the above-referenced case. I will contact you by separate letter with the government's plea offer in this case. Please find enclosed the following, in the order as provided in the discovery packet:

- Arrest paperwork consisting of 7 pages and processing information
- Initial advertisement by the UC
- Defendant's initial response to the advertisement
- Communications exchanged between the UC and the defendant on KIK
    - Screen shots, redacted CP
    - Extraction report, redacted CP – please note that several of the KIK chat exchanges do not appear on the extraction report because of the way the UC signed in and out of KIK, so please review the screen shots for the full conversation between your client and the UC. However, the extraction report will provide you with dates and (U.T.C.) times of these chats.
- Email from Heather Gordon, FBI INTEL
- KIK account information
- Verizon IP information
- FD-395
- FD-302s dated: 1/5/16, 1/6/16, 1/7/16 (3 pages),
- Property report (3 pages)
- Disk containing the defendant's interview
- Disk containing the conversation between the UC and defendant upon the defendant's arrival to the meet location
- Disk containing photographs of the vehicle

      Please let me know if you have any questions about the above information.

Sincerely,

____/s/_____
Lindsay Suttenberg
Assistant United States Attorney
(202) 252-7017
Lindsay.Suttenberg@usdoj.gov