# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| vs. | ) Criminal # 16-MJ-00010 (DAR)<br>) |
| SCOTT CUBBAGE | )<br>) |
| Defendant | )<br>)<br>) |

## MOTION FOR WITHDRAWAL OF COUNSEL

Comes now Counsel for Mr. Scott Cubbage, and moves This Honorable Court to allow Counsel to withdraw his appearance in this matter, for reasons of irreconcilable differences and a breakdown of communications, and states as follows:

1. That on March 28, 2016 Counsel was requested by the Office of the Public Defender to enter his appearance in this matter before Judge Harvey. For reasons not known to Counsel, the Office of the Public Defender was withdrawing its appearance from this case.

2. While Counsel has been in this case for six-plus months, this matter has gone through several hearings, with the next hearing scheduled for October 7, 2016.

3. In this time frame, Counsel and his investigator have visited Mr. Cubbage on several occasions. This matter remains in the pre-indictment stage of the case, for

tactical reasons. Since Mr. Cubbage is close to one particular family member, Counsel has also attempted to keep lines of communication open with this family member.

4. That Counsel visited Mr. Cubbage on October 5, 2016 to continue a discussion regarding a pre-indictment plea offer that is set to expire on October 7, 2016.

5. However, the discussion moved in the direction of Mr. Cubbage's unhappiness with the performance of Counsel and his investigator. Part of the basis of the unhappiness is Counsel's moderate knowledge of complex technological issues dealing with computer software, and its application in this case.

6. The end result of the discussion was that Mr. Cubbage appears to have lost confidence in Counsel's abilities to handle the peculiar nature of the charges against him. Given this scenario, irreconcilable differences have emerged, and there is effectively a breakdown in communications that cannot be resolved.

WHEREFORE Mr. Scott Cubbage, through Counsel, respectfully seeks a new Counsel in this matter.

Dated this 5th Day of October, 2016.

                              Respectfully Submitted,

                              *Atiq R. Ahmed*

                              _____
                              Atiq R. Ahmed, Esquire (#390419)
                              1320 19th Street, N.W., #202
                              Washington D. C. 20036
                              W: (202) 710-4929
                              F: (301) 587-8171
                              Counsel for Mr. Scott Cubbage

<u>POINTS AND AUTHORITIES</u>

    1. Rule 44 of the Court.
    2. Rule 47 of the Court.

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on this <u>  5th  </u> day of October, 2016 a copy of the foregoing pleading was e-mailed to:

Office of the United States Attorney
Attn: Lindsay Suttenberg, Esquire
555 Fourth Street, N.W.
Washington D. C. 20530

A copy of this pleading and Proposed Order was also mailed first class, postage prepaid to:

Mr. Scott Cubbage, DCDC #352-939, D. C. Jail, 1901 D Street, S.E., Washington D. C. 20003.

                              *Atiq R. Ahmed*

                              _____
                              Atiq R. Ahmed, Esquire