UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Docket # 16-MJ-00010 (DAR) |
| SCOTT CUBBAGE | ) **FILED** |
| Defendant | ) OCT 0 6 2016 |
| | ) Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Withdrawal of Counsel (ECF No. 9), and upon consideration of the defense information contained in the Motion,

It is on this 5th day of October 2016 hereby ORDERED that the Defendant's Motion for Withdrawal of Counsel be GRANTED.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT JUDGE