UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| SCOTT CUBBAGE, | : | VIOLATIONS: |
| Defendant. | : | |
| | : | 18 U.S.C. § 2252(a)(4) |
| | : | (Possession of Child Pornography); |
| | : | 18 U.S.C. § 2423(b) |
| | : | (Travel with Intent to Engage in Illicit Sexual |
| | : | Conduct) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

Between on or about December 17, 2015 and on or about January 5, 2016, in the District of Columbia and elsewhere, the defendant, **SCOTT CUBBAGE,** did knowingly possess more than 600 images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which items included depictions of prepubescent minors or minors under the age of twelve years, which items were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and which items were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4))

1

## COUNT TWO

On or about January 5, 2016, in the District of Columbia and elsewhere, the defendant, **SCOTT CUBBAGE,** did knowingly travel in interstate commerce, that is, from the State of Delaware to the District of Columbia, for the purpose of engaging in illicit sexual conduct, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. § 2241(c), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

**(Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

    Respectfully submitted,

    CHANNING D. PHILLIPS
    UNITED STATES ATTORNEY

    By: *Lindsay Suttenberg*
    Lindsay Suttenberg
    Assistant United States Attorney
    D.C. Bar No. 978513
    555 Fourth Street, N.W.
    Washington, D.C. 20001
    (202) 252-7017
    Lindsay.Suttenberg@usdoj.gov