**United States District Court for the District of Columbia**

| | | |
|---|---|---|
| **United States of America** | * | |
| v. | * | Crim. No. 1:16-cr-00207-CRC-1 |
| **Scott Cubbage** | * | |

## Order

Having considered defendant Consent Motion to Exclude Time from the Requirements of the Speedy Trial Plan (Doc. 14), specifically that Mr. Cubbage's family is trying to retain private counsel for him, and that he hopes that the additional time will help them succeed in their efforts to do so; the Court finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy arraignment.

Accordingly, the motion is GRANTED, and it is further ORDERED that for the reasons set forth in the motion, all time between Nov. 30, 2016 and the arraignment hearing in this case shall be excluded from calculation of the amount of time that has expired under the Speedy Trial Plan.

_____
Christopher R. Cooper
United States District Judge