NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  16-cr-207 (CRC)

Scott Cubbage
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■]  CJA          [ ]  RETAINED          [ ]  FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Matthew Peed (No. 503328)
(Attorney & Bar ID Number)
Clinton Brook & Peed
(Firm Name)
1455 Pennsylvania Ave., NW Suite 400
(Street Address)
Washington, DC 20004
(City)          (State)          (Zip)
(202) 621-1828
(Telephone Number)